1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                              * * * * *

9   SCOTTIE RAY VAN NORT,                )
                                         )
10                      Plaintiff,        )        3:09-cv-00042-LRH-WGC
     v.                                   )
11                                        )
    GLEN FAIR, et al.,                    )
12                                        )
                        Defendants.       )
13  SCOTTIE RAY VAN NORT,                 )
                                         )
14                      Plaintiff,        )        3:09-cv-109-LRH-WGC
    v.                                    )
15                                        )
    RICK ASHER, *et al.*,                 )
16                                        )
                        Defendants.       )
17                                        )
    SCOTTIE RAY VAN NORT,                 )
18                                        )
                        Plaintiff,        )        3:09-cv-110-LRH-WGC
19  v.                                    )
                                         )
20  GLEN FAIR, et al.,                    )
                                         )              O R D E R
21                      Defendants.       )
    _____ )
22

23          Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb[1]

24  entered on July 18, 2012, recommending granting certain counts and dismissing other counts of Defendants'

25  _____

26          [1] The Report and Recommendation is identified as document #86 in case no. 3:09-cv-0042-LRH-WGC;
    document #106 in case no. 3:09-cv-0109-LRH-WGC; and document #44 in case no. 3:09-cv-0110-LRH-WGC.

Motion for Summary Judgment (42 Doc. #62[2]) filed on August 19, 2011. No objection to the Magistrate Judge's Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation entered on July 17, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#86 in case no. 3:09-cv-0042-LRH-WGC; #106 in case no. 3:09-cv-0109-LRH-WGC; and #44 in case no. 3:09-cv-0110 entered on July 17, 2012, is adopted and accepted as follows:

- In 3:09-cv-00109, Doe defendants are DISMISSED without prejudice;

- In 3:09-cv-00109, summary judgment is GRANTED in favor of defendant Hindelang as to Count 7;

- In 3:09-cv-00109, Counts 8 and 12 are DISMISSED without prejudice as the allegations contained therein are only directed toward Doe defendants;

- In 3:09-cv-00109, summary judgment is GRANTED as to defendant Ramsey in Counts 13 and 14; and

- In 3:09-cv-00110, summary judgment is GRANTED as to defendant Ramsey in Count 5.

IT IS SO ORDERED.

DATED this 10th day of September, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[2]On April 22, 2011, Case Nos. 3:09-cv-00042, 3:09-cv-109 and 3-09-cv-110 were consolidated. The motion for summary judgment was filed in case 3:09-cv-00042.